# UNITED STATES DISTRICT COURT

for the

UNITED STATES OF AMERICA ▼

USA Division

**RECEIVED**
JUN 03 2024
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

ROBERT W JOHNSON, )
　　　　　　　　　　　　　 )
_____ )
　　　　　　　　　　　　　 )
*Plaintiff(s)* )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
　　　　　　-v- )
　　　　　　　　　　　　　 )
101178 B.C. UNLIMITED LIABILITY COMPANY , )
1019334 B.C. UNLIMITED LIABILITY COMPANY , )
BURGER KING CANADA HOLDINGS INC & NEW RED FINANCE )
INC , )
*Defendant(s)* )
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 3:24-CV-00118-JMK
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✔Yes ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

DocuSign Envelope ID: E73F4EA3-8466-4CB2-AF5A-7334AB4A7B6A

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | | | |
|---|---|---|---|
| Name | ROBERT W JOHNSON | | |
| Address | 65 SIDNEY ST | | |
| | BUFFALO | NY | 14211 |
| | *City* | *State* | *Zip Code* |
| County | ERIE | | |
| Telephone Number | 315-992-2103 | | |
| E-Mail Address | atemllc2023@gmail.com | | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | | | |
|---|---|---|---|
| Name | 1011778 B.C. UNLIMITED LIABILITY COMPANY | | |
| Job or Title *(if known)* | CORPORATION | | |
| Address | 874 SINCLAIR ROAD | | |
| | OAKVILLE , ON L6K 2Y1 | | |
| | *City* | *State* | *Zip Code* |
| County | CANADA | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

[X] Individual capacity  [X] Official capacity

Defendant No. 2

| | | | |
|---|---|---|---|
| Name | 1019334 B.C. UNLIMITED LIABILITY COMPANY | | |
| Job or Title *(if known)* | CORPORATION | | |
| Address | | | |
| | | | |
| | *City* | *State* | *Zip Code* |
| County | INTERNATIONAL | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

[X] Individual capacity  [X] Official capacity

Defendant No. 3
  Name: BURGER KING CANADA HOLDINGS INC
  Job or Title (if known): CORPORATION
  Address:
  City / State / Zip Code:
  County: CANADA
  Telephone Number:
  E-Mail Address (if known):

  [X] Individual capacity   [X] Official capacity

Defendant No. 4
  Name: NEW RED FINANCE INC
  Job or Title (if known):
  Address:
  City / State / Zip Code:
  County: USA
  Telephone Number:
  E-Mail Address (if known):

  [X] Individual capacity   [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  [✔] Federal officials (a *Bivens* claim)

  [✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

EMPLOYEE RIGHTS , POWER OF ATTORNEY , IRS TAX FILING RIGHTS AND CIVIL RIGHTS .

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

EMPLOYEE RIGHTS , SANCTIONS AND LOST WAGES RIGHTS .

DocuSign Envelope ID: E73F4EA3-8466-4CB2-AF5A-7334AB4A7B6A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

ALL DEFENDANTS COMMITTED DOMESTIC AND FOREIGN TRADE FRAUD .

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

968 JAMES ST : SYRACUSE , NY 13203 .

B. What date and approximate time did the events giving rise to your claim(s) occur?

MAY 16 , 2024 .

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

ALL DEFENDANTS AND CARROLS CORP ILLEGALLY SOLD ITS STOCKS TO RESTAURANT BRANDS INTERNATIONAL INC WITHOUT PERMISSION ON MAY 16 , 2024 . ROBERT W JOHNSON HAS NOT BEEN COMPENSATED BY ALL DEFENDANTS DUE TO DISCRIMINATION PRACTICES AND RETALIATION .

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

```
MENTAL AND PHYSICAL ANGUISH : PTSD : EXACERBATED INJURIES AND DEPRESSION .
```

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

```
LOST WAGES : $350,000,000.00 FOR ATTORNEY FEES : SANCTIONS FOR NYSE FRAUD AND INTERNATIONAL CRIMES :

$100,000,000.00 FOR LIENS AND OTHER FEES .
```

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/28/2024

Signature of Plaintiff
Printed Name of Plaintiff: ROBERT W JOHNSON

### B. For Attorneys

Date of signing: 05/28/2024

Signature of Attorney
Printed Name of Attorney: WILLIE JOHNSON
Bar Number: 9999999-99
Name of Law Firm: WILLIE JOHNSON ESQ
Address: 65 SIDNEY ST
City: BUFFALO   State: NY   Zip Code: 14211
Telephone Number: 716-445-1734
E-mail Address: atem11c2023@gmail.com

ROBERT W. JOHNSON
65 SIDNEY ST.
BUFFALO, NY 14211

U.S. POSTAGE PAID
FCM LETTER
SYRACUSE, NY 13201
MAY 28, 2024
$0.68
R2304M114230-07

99513

RDC 99

COURT CLERK
U.S. COURTHOUSE
222 WEST 7TH AVE ROOM 229
SUITE #4
ANCHORAGE, AK 99513